## MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. Rutilio Chavez DeLeon         No. 08mj2455-POR

HON. Louisa S. Porter        Tape No. POR08-1:11:48-11:52(4m)

Asst. U.S. Attorney  Matthew Gardner        PTSO  N/A

|  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|
| Atty | Devon Burstein, FD | X Apt ___ Ret | for | DeLeon | (1) | (C) |
|  |  | ___ Apt ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt ___ Ret | for |  | ( ) | ( ) |
|  |  | ___ Apt for Material Witness(es) |  |  |  |  |

PROCEEDINGS:        ___ In Chambers     X  In Court     ___ By Telephone

DOA: 07/29/08
Case reassigned to Magistrate Judge Louisa S. Porter.
Government's Oral motion to unseal case for the purposes of this arraignment - Granted.
Initial Appearance by Defendant Rutilio Chavez DeLeon.
Defendant arraigned on Out of District Complaint.
ID/Removal hearing set for 08/21/08 @ 2:00pm before Magistrate Judge Porter in Courtroom H.
Government's oral motion to Detain due to risk of Flight and Danger.
Detention hearing set for 08/12/08 @ 3:00 before Magistrate Judge Porter in Courtroom H.
Government's oral motion to re-seal case - Granted.

Date  08/07/2008                    R. F. Messig
                                    Deputy's Initials