ORIGINAL

1  HANNI M. FAKHOURY
   California Bar No. 252629
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Hanni_Fakhoury@fd.org
5
6  Attorneys for Defendant

FILED

2008 AUG 12 PM 3: 15

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

7                              UNDER SEAL

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10 UNITED STATES OF AMERICA,        ) Case No. 08MJ2455
                                    )
11         Plaintiff,                )
                                    )
12 v.                               ) **NOTICE OF ATTORNEY APPEARANCE**
                                    )
13 RUTILIO CHAVEZ DELEON,            )
                                    )
14         Defendant.                 )
                                    )
15 _____  )

16     Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Hanni
17 M. Fakhoury and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in
18 the above-captioned case.

19                                           Respectfully submitted,
20
21 Dated: August 12, 2008                    _____
                                             HANNI M. FAKHOURY
22                                           Federal Defenders of San Diego, Inc.
                                             e-mail: Hanni_Fakhoury@fd.org
23                                           Attorneys for Defendant

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

United States Attorney's Office
United States Federal Building
880 Front Street
San Diego, CA 92101

DATED: August 12, 2008

_____
HANNI M. FAKHOURY
e-mail: Hanni_Fakhoury@fd.org