### MINUTES OF THE UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs. __Rutilio Chavez DeLeon__                              No. __08mj2455-POR__

HON. __Louisa S. Porter__                Tape No. __POR081:15:39-15:41(2m)__

Asst. U.S. Attorney __Matthew Gardner__                PTSO __Charlene Delagdo__

|  |  |  |  |  |  |  | # | Status |
|---|---|---|---|---|---|---|---|---|
| Atty | Hanni Fakoury, FD | X | Apt | __ | Ret | for De Leon | (1) | (C) |
|  |  | __ | Apt | __ | Ret | for _____ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for _____ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for _____ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for _____ | ( ) | ( ) |
|  |  | __ | Apt | __ | Ret | for _____ | ( ) | ( ) |

_____ Apt for Material Witness(es)

PROCEEDINGS:       ___ In Chambers       X In Court       ___ By Telephone

- Government's Oral Motion to unseal case - Granted.
- Detention hearing not held.
- Detention hearing continued to 08/21/08 @ 2:00 before Magistrate Judge Porter in Courtroom H.

DFT'S BKG# 66833098-ENG

Date __08/12/2008__                                            R. F. Messig
                                                                       Deputy's Initials