## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

U.S.A. vs.    Rutillo Chavez-De Leon                              No.   08mj2455-POR

HON.    Louisa S. Porter                    Tape No.    POR08-1:17:20-17:50 (25m ID; 5m Det)

Asst. U.S. Attorney    Matthew Gardner          PTSO    Eleanor Ruiz

|       |                    |   |     |     |     |                  | #   | Status |   |
|-------|--------------------|---|-----|-----|-----|------------------|-----|--------|---|
| Atty  | Hanni Fakoury, FD  | X | Apt | Ret | for | Chavez-DeLeon    | (1) | (C)    |   |
|       |                    |   | Apt | Ret | for |                  | ( ) | ( )    |   |
|       |                    |   | Apt | Ret | for |                  | ( ) | ( )    |   |
|       |                    |   | Apt | Ret | for |                  | ( ) | ( )    |   |
|       |                    |   | Apt | Ret | for |                  | ( ) | ( )    |   |
|       |                    |   | Apt | Ret | for |                  | ( ) | ( )    |   |
|       |                    |   | Apt for Material Witness(es) |     |     |      |     |        |   |

PROCEEDINGS:            _____ In Chambers      X   In Court       _____ By Telephone

- Witnesses C/S/T
- Exhibits Marked, Identified and entered into evidence.
- The court finds the defendant is the person wanted in the District of New Hampshire.
- Defendant ordered removed to the District of New Hampshire.
- Warrant of Removal issued to the USM.
- Detention hearing continued to 08/22/08 @ 9:45am before Magistrate Judge Porter.

Date        08/21/2007                              R. F. Messig
                                                    Deputy's Initials

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

EXHIBIT LIST

|  | USA |  | VS | Rutillo Chavez DeLeon |
|---|---|---|---|---|

| X  Plaintiff | _____ Defendant | _____ Court | Type of Hearing: Removal/ID Hearing |
|---|---|---|---|

Case Number: 08mj2455

| NO. | IDENT. | EVID. | DESCRIPTION |
|---|---|---|---|
| 1 | X | X | Application for US Passport by Mail with the name Roberto Salazar. |
| 2 | X | X | Copies of Identification of Roberto Salazar. |
| 3 | X | X | Copy of the Fingerprint Card for Roberto Salazar taken at time of arrest. |
| 4 | X |  | Copy of the record for California Identification Card for Roberto Guerrero Salazar. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

WITNESS LIST

| USA | VS | Rutillo Chavez DeLeon |

Type of Hearing: Removal/ID

Case Number: 08mj2455

| DATE | PLF. | DEF. | WITNESS NAME |
|------|------|------|--------------|
| August 21, 2008 | X | | Special Agent Daniel John Messelt |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |